POWDERLY, Appellant, v. SOOYSMITH et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by James Powderly against Sooysmith & Co. No opinion. Judgment unanimously affirmed, with costs.

PRESERVALINE MFG. CO. v. SELLING. (Supreme Court, Appellate Division, First Department. December 12, 1902.) Action by the Preservaline Manufacturing Company against Albert H. Selling. No opinion. Motion dismissed, with $10 costs.

In re QUINN. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) In the matter of the disbarment of George F. Quinn, an attorney. No opinion. Referee's report confirmed, and respondent removed and disbarred from practice.

RAPID SAFETY FIRE EXTINGUISHER CO., Respondent, v. HAY–BUDDEN MFG. CO.. Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by the Rapid Safety Fire Extinguisher Company against the Hay-Budden Manufacturing Company. J. C. Foley, for appellant. W. F. Severance, for respondent. No opinion. Determination (75 N. Y. Supp. 1008) affirmed, with costs, on opinion of appellate term.

VAN BRUNT, P. J., and LAUGHLIN, J., dissenting.

REGAN. Appellant, v. JOHN HANCOCK MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Bridget Regan against the John Hancock Mutual Life Insurance Company. No opinion. Judgment of the municipal court affirmed, with costs.

REISENBERGER, Appellant, v. CAMI-NEZ, Respondent. (Supreme Court. Appellate Division, Second Department. December 9, 1902.) Action by Alexander Reisenberger against Jacob Caminez. No opinion. Judgment of the municipal court affirmed, with costs.

ROBERTS et al., Appellants, v. SCHAF, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by George H. Roberts, Jr., and Norton Park Collin, etc., against Minnie M. Schaf. No opinion. Order affirmed, with $10 costs and disbursements.

ROBINSON v. DRY DOCK, E. B. & B. R. CO. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by Abraham Robinson against the Dry Dock, East Broadway & Battery Railroad Company. No opinion. Motion denied, with $10 costs.

ROCKWELL, Respondent, v. VILLAGE OF SOLVAY, Appellant. (Supreme Court,

Appellate Division, Fourth Department. November 18, 1902.) Action by Nancy J. Rockwell against the village of Solvay. No opinion. Judgment and order affirmed, with costs.

WILLIAMS, J., dissenting.

ROOT et al., Respondents, v. WATTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Theodore Z. Root and another, as executors, etc., against Thomas Watts, as executor, etc. No opinion. Judgment affirmed, with costs.

ROUX, Respondent, v. ROTHSCHILD, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Charles A. Roux against Emma Rothschild and another. From a judgment for plaintiff (75 N. Y. Supp. 763), the defendant Rothschild appeals. Affirmed. Henry M. Stevenson, for appellant. George W. Betts, Jr., for respondent.

INGRAHAM, J. The question presented in this case is the same as that in Rothschild v. Roux (decided herewith) 79 N. Y. Supp. 833. The facts are stated in that case; this action being brought to set aside the powers of attorney and transfers of various installments of annuities to which the plaintiff was entitled under the will of his grandfather. For the reasons stated in the opinion in that case, the judgment appealed from should be affirmed, with costs. All concur.

RUNDELL v. SWARTOUT. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) Action by Caroline F. Rundell, as administratrix, against John P. Swartout. No opinion. Judgment and order affirmed, with costs.

SPRING, J., dissents upon the ground that the question of the consideration of the note was one of fact for the jury.

SAMMIS, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by John S. Sammis, an infant, by Sherman Sammis, his guardian ad litem, against the Standard Oil Company of New York. No opinion. Judgment and order affirmed, with costs.

GOODRICH, P. J., dissenting.

SCHAUS, Respondent, v. HUTCHISON, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by William Schaus against David Hutchison. No opinion. Order reversed, with $10 costs and disbursements, and motion granted changing the place of trial to Queens county, with costs to the defendant to abide the event.